■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE MAIOLO, Appellant.
■ Memorandum: Defendant was convicted of conspiracy in the second degree, following a jury trial, for conspiring to murder an acquaintance who testified against him in a prior trial. Defendant's primary claim is that reversal is required because the prosecution violated the *Rosario* rule *(see, People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866) by not disclosing notes allegedly made by a key prosecution witness *(see, People*

*v Jones,* 70 NY2d 547, 553; *People v Ranghelle,* 69 NY2d 56, 63-64). Since this issue was raised by defendant for the first time in his brief on appeal and since there is no factual support in the record for such a claim, we need not address it *(see, People v Hicks,* 287 NY 165, 174; *People v Palmer,* 137 AD2d 881; *cf., People v Jones,* 91 AD2d 1175, 1176). Defendant may pursue the claim in a CPL article 440 motion if so advised. We have considered defendant's remaining claims and find that each one lacks merit. (Appeal from judgment of Oneida County Court, Darrigrand, J.—conspiracy, second degree.) Present—Dillon, P. J., Doerr, Green, Balio and Lawton, JJ.